John P. Kristensen (SBN 224132)
David L. Weisberg (SBN 211675)
**KRISTENSEN WEISBERG, LLP**
12540 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone: (310) 507-7924
Fax: (310) 507-7906
*john@kristensenlaw.com*
*david@kristensenlaw.com*

*Attorneys for Plaintiff and all others similarly situated*

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ADRIAN BACON, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>MATRIX WARRANTY SOLUTIONS, INC, a Texas corporation; and DOE INDIVIDUALS, inclusive, and each of them,<br><br>    Defendants. | Case No.: 8:18−cv−01784−JLS−DFM<br><br>**CLASS ACTION**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE**<br><br>**Assigned to: Hon. Josephine L. Staton**<br><br>**Complaint filed: October 2, 2018** |

**NOTICE OF SETTLEMENT OF ENTIRE CASE**
-1-

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The undersigned, counsel of record for Plaintiff Adrian Bacon, hereby gives notice that this entire case has been settled. The settlement is conditional and based upon the execution of the settlement agreement and other acts. A Notice of Voluntary Dismissal with Prejudice as to Plaintiff Adrian Bacon's individual claims, and Without Prejudice as to the Putative Class Claims, will be filed within 45 days, or otherwise at such further time as may be ordered by this Court.

The initial pleading in the action was filed in the United States District Court for the Central District of California on or about October 2, 2018.

Dated: December 11, 2018          Respectfully submitted,

By: */s/ David L. Weisberg*

David L. Weisberg (SBN 211675)
*david@kristensenlaw.com*
**KRISTENSEN WEISBERG, LLP**
12540 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone: (310) 507-7924
Fax: (310) 507-7906

## **CERTIFICATE OF SERVICE**

I certify that on this eleventh day of December, 2018, the foregoing document titled NOTICE OF SETTLEMENT OF ENTIRE CASE will be served in accordance with the Court's CM/ECF system, which will send notification of such filing and a true copy of the foregoing document by notice via email to the ECF participants of record.

*/s/Vanessa Brahm*
Vanessa Brahm