John P. Kristensen (SBN 224132)
David L. Weisberg (SBN 211675)
**KRISTENSEN WEISBERG, LLP**
12540 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone: (310) 507-7924
Fax: (310) 507-7906
*john@kristensenlaw.com*
*david@kristensenlaw.com*

*Attorneys for Plaintiff and all others similarly situated*

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ADRIAN BACON, on behalf of himself and all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>MATRIX WARRANTY SOLUTIONS, INC, a Texas corporation; and DOE INDIVIDUALS, inclusive, and each of them,<br><br>  Defendants. | Case No.: 8:18−cv−01784−JLS−DFM<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPLICATION AND APPLICATION TO FILE CONFIDENTIAL SETTLEMENT AGREEMENT UNDER SEAL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br>*[Filed concurrently with Proposed Order; Redacted Agreement; Under Seal Documents: Declaration of David L. Weisberg; Unredacted Agreement]*<br><br>**Assigned to: Hon. Josephine L. Staton**<br><br>**Complaint filed: October 2, 2018** |

## NOTICE OF APPLICATION OF APPLICATION

TO PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD: PLEASE TAKE NOTICE that in accordance with Central District Local Rule 79-5, Plaintiff's Counsel will and hereby do move for a Court Order to file and maintain the parties' Confidential Settlement Agreement under seal. In accordance with Local Rule 79-5.3, counsel have met and conferred, pursuant to Local Rule 79-3 regarding the filing and maintenance of this document under seal.

There is good cause to allow this document to be filed and maintained under seal for several reasons. Specifically, there is information set forth in the documents sought to be filed under seal that is private and confidential.

This application is based on this Notice of Application; the accompanying Memorandum of Points and Authorities; the Declaration of David L. Weisberg; the Proposed Order filed concurrently herewith; the Order to file Dispositive Documentation (Dkt. 20) and the Joint Stipulation to Dismiss the Case (Dkt. 21).

Dated: January 23, 2019      Respectfully submitted,

By: */s/ David L. Weisberg*
David L. Weisberg
*david@kristensenlaw.com*
John P. Kristensen
*john@kristensenlaw.com*
**KRISTENSEN WEISBERG, LLP**
12540 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone: (310) 507-7924
Fax: (310) 507-7906

## **MEMORANDUM OF POINTS AND AUTHORITIES**

On December 11, 2018, Plaintiff filed a Notice of Settlement of Entire Case (Dkt. 19). On December 14, 2018, the Court ordered counsel to file dispositional documentation within 45 days, on or before January 31, 2019 (Dkt. 20). Plaintiff then filed the Joint Stipulation to Dismiss the Case with a statement that a true and correct copy of the Parties' Confidential Settlement Agreement would be filed under seal as soon as it was available (Dkt. 21).

Although the application states that there is good cause for the Court to grant the firm's motion, the facts contained in the declaration filed concurrently herewith may be necessary for the Court to consider in granting the order to file the Confidential Settlement Agreement under seal. The terms of the settlement are confidential and should be protected from disclosure. (See generally, *Phillips ex rel. Estates of Byrd v. General Motors Corp.*, 307 F.3d 1206, 1212 (9th Cir. 2002); *Gambale v. Deutsche Bank AG*, 377 F.3d 133, 143 (2d Cir. 2004). Accordingly, the parties seek to file the Settlement Agreement under seal.

In order to allow the Court to review the circumstances surrounding the request to file the Agreement under seal and still protect the privileged nature of the communications, the Court can accept an application to file declarations under seal:

> Filings Made Under Seal. The court may order that a filing be made under seal without redaction. The court may later unseal the filing or order the person who made the filing to file a redacted version for the public record. (FRCP 5.2( d))

In this case, because the Agreement reveals the substance of a confidential settlement, good cause exists for the Court to exercise its power under FRCP 5.2(d) to order the Agreement be filed under seal. (See also Decl. of David L. Weisberg ¶ 3).

**NOTICE OF APPLICATION AND APPLICATION TO FILE CONFIDENTIAL SETTLEMENT AGREEMENT UNDER SEAL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**
-3-

# CONCLUSION

Based upon the foregoing, counsel for Plaintiff Adrian Bacon and Defendant Matrix Warranty Solutions, Inc. request that the Court issue an Order granting the Application to File the Confidential Settlement Agreement under seal.

Dated:  January 23, 2019

/s/ David L. Weisberg
David L. Weisberg
*david@kristensenlaw.com*
John P. Kristensen
*john@kristensenlaw.com*
**KRISTENSEN WEISBERG, LLP**
12540 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone:  (310) 507-7924
Fax:  (310) 507-7906

**NOTICE OF APPLICATION AND APPLICATION TO FILE CONFIDENTIAL SETTLEMENT AGREEMENT UNDER SEAL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**
-4-

## **CERTIFICATE OF SERVICE**

I certify that on Wednesday, January 23, 2019, the foregoing document titled NOTICE OF APPLICATION AND APPLICATION TO FILE CONFIDENTIAL SETTLEMENT AGREEMENT UNDER SEAL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF is filed with the Court's CM/ECF system, and will this same day be served via mail, along with the accompanying Proposed Order, Redacted Version, and NEF, to the attached participants of record:

Neil Thakor
Greenspoon Marder LLP
1875 Century Park East Suite 1850
Los Angeles, CA 90067
310-880-4520
Fax: 954-771-9264
Email: neil.thakor@gmlaw.com

*/s/Vanessa Brahm*
Vanessa Brahm