JS-6

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ADRIAN BACON, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MATRIX WARRANTY SOLUTIONS, INC, a Texas corporation; and DOE INDIVIDUALS, inclusive, and each of them,<br><br>Defendants. | Case No.: 8:18−cv−01784−JLS−DFM<br><br>**CLASS ACTION**<br><br>**ORDER: JOINT STIPULATED MOTION FOR DISMISSAL OF CLASS ACTION ALLEGATIONS WITHOUT PREJUDICE AND WITHOUT NOTICE TO PUTATIVE CLASS AND DISMISSAL WITH PREJUDICE OF PLAINTIFF'S INDIVIDUAL CLAIMS**<br><br>**Assigned to: Hon. Josephine L. Staton**<br><br>**Complaint filed: October 2, 2018** |

-1-

## ORDER

On stipulation of parties, and good cause appearing therefor, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1) All putative class action allegations and claims in the above-styled action are hereby dismissed without prejudice. All individual allegations and claims on behalf of Plaintiff ADRIAN BACON against Defendant MATRIX WARRANTY SOLUTIONS, INC. are hereby dismissed with prejudice.

2) No Party hereto shall be entitled to costs or attorneys' fees because of this Order of Dismissal.

3) Based on the factors identified in *Diaz v. Trust Territory of the Pacific Islands*, 876 F.2d 1401 (9th Cir. 1989), the above dismissal of the class allegations may be made, and hereby is made, without notice to the putative class.

Dated: January 30, 2019

Hon. Josephine L. Staton
United States District Judge